**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

RANDELL WARREN *et al.*                                                                                          PLAINTIFFS

V.                                           NO: 4:09CV00722 GTE

KARL BYRD *et al.*                                                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 11th day of December, 2009.

/s/ Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE